IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WESLEY ALLEN BRIGGS,

    Plaintiff,

v.                                                          4:17cv388-WS/MJF

JULIE JONES, et al.,

    Defendants.

_____

ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (ECF No. 32) docketed January 25, 2019. The magistrate judge recommends that the plaintiff's complaint and this case be dismissed for maliciousness pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1), based on the plaintiff's failure to disclose his prior litigation history. The plaintiff has filed no objections to the magistrate judge's report and recommendation.

Having reviewed the record, this court has determined that the magistrate judge's report and recommendation is due to be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 32) is ADOPTED and incorporated into this order by reference.

2. The plaintiff's complaint and this action are DISMISSED without prejudice for maliciousness under 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1).

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this ___6th___ day of ___March___, 2019.


                                s/ William Stafford
                                WILLIAM STAFFORD
                                SENIOR UNITED STATES DISTRICT JUDGE